# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

**May 23, 2021**

**Via ECF**

Hon. John G. Koeltl, USDJ
United States District Court, SDNY
500 Pearl Street, Courtroom: 12B
New York, NY 10007-1312
Tel: 212-805-0222

*[Handwritten: Conference adjourned to June 24, 2021, at 3:30 p.m. So ordered. /s/ JGKoeltl U.S.D.J. 5/25/21]*

<u>Re: Muhammad Arshad v. 2090 Gas Corp. et al.</u>
    Case No. 21-CV-02654 (JGK)(SDA)
    **Motion to Adjourn Conference**

Dear Judge Koeltl:

My firm represents plaintiff in the above-referenced action, and I respectfully write to request a 30-day adjournment of the May 25, 2021 initial conference. This request is being made because Defendants have not yet appeared or filed an answer in the case. No prior request for an adjournment of this conference was made.

We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5-25-21

1