UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUHAMMAD ARSHAD,

            Plaintiff,         21 Civ 2654 (JGK)

    - against -           ORDER

2090 GAS CORP. and HARRY SINGH,

            Defendants.

JOHN G. KOELTL, District Judge:

In light of the Court's endorsement on the plaintiff's letter dated June 23, 2021, the conference scheduled for June 24, 2021 is canceled.

    SO ORDERED.

Dated:    New York, New York
           June 24, 2021

                                 /s/ John G. Koeltl
                                 John G. Koeltl
                      United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/04/2021