UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MUHAMMAD ARSHAD,

                Plaintiff,

- against -

2090 GAS CORP. and HARRY SINGH,

                Defendants.

21-cv-2654 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff should submit an Order to Show Cause for a Default Judgment in accordance with this Court's procedures including a properly executed Certificate of Default by August 6, 2021 or the case may be dismissed without prejudice for failure to prosecute.

    SO ORDERED.

Dated:    New York, New York
            July 22, 2021

                                                  _____
                                                     John G. Koeltl
                                          United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/2021

1