# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

**August 4, 2021**

**Via ECF**

Hon. John G. Koeltl, USDJ
United States District Court, SDNY
500 Pearl Street, Courtroom: 12B
New York, NY 10007-1312
Tel: 212-805-0222

**Re: Muhammad Arshad v. 2090 Gas Corp. et al.**
  Case No. 21-CV-02654 (JGK)(SDA)
  Motion for Extension of Time

Dear Judge Koeltl:

My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief two-week extension of the August 6, 2021 deadline for Plaintiff to file his motion for a default judgment. This request is being made because the additional time is needed to further confer with Plaintiff and for final review of the papers. No prior request for an extension of this deadline was made.

We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
8/4/21
John G. Koeltl, U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/04/2021

1