UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MUHAMMAD ARSHAD,

                      Plaintiff,

       - against -

2090 GAS CORP., and HARRY SINGH,

                 Defendants.

---

21-cv-2654 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The time for the plaintiff to file proof of service of the
Order to Show Cause for Default Judgment (ECF No. 25) is extended
to **January 7, 2022.**

SO ORDERED.

Dated:     **New York, New York**
           **December 21, 2021**

                                        John G. Koeltl
                              **United States District Judge**