UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUHAMMAD ARSHAD,

        Plaintiff,

- against -

2090 GAS CORP., AND HARRY SINGH,

        Defendants.

21-cv-2654 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

On August 2, 2021, the Clerk of the Court issued a Certificate of Default as to the defendant 2090 Gas Corp. This Court entered an Order to Show Cause why a Default Judgment should not be entered against 2090 Gas Corp. on August 24, 2021. The plaintiff served the defendant 2090 Gas Corp. with the Order and filed proof of service on January 7, 2022. Because the defendant 2090 Gas Corp. has failed to respond by the due date, the plaintiff is entitled to a default judgment as to 2090 Gas Corp.

However, because it appears that the case remains pending against defendant Harry Singh, there is no reason to determine the amount of the appropriate judgment or to enter a partial judgment while the case remains pending against defendant Singh. See Fed. R. Civ. P. 54(b). The plaintiff should advise the Court as to the status of the case against Mr. Singh by April 1, 2022.

SO ORDERED.
Dated:    New York, New York
           March 18, 2022

                                      John G. Koeltl
                                United States District Judge