UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MUHAMMAD ARSHAD,

                Plaintiff,

   - against -

2090 GAS CORP., AND HARRY SINGH,

                Defendants.

21-cv-2654 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Court previously instructed the plaintiff to advise the Court as to the status of the case against Mr. Singh by April 1, 2022. The deadline to update the Court is extended to April 13, 2022.

SO ORDERED.
Dated:    New York, New York
           April 6, 2022

                                  John G. Koeltl
                              United States District Judge