UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————

MUHAMMAD ARSHAD,

                  Plaintiff,

       - against -

2090 GAS CORP., AND HARRY SINGH,

                 Defendants.

———————————————————————

21-cv-2654 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    By Order dated March 18, 2022, ECF No. 28, the Court found that the plaintiff is entitled to a default judgment against the defendant 2090 Gas Corp. The case is referred to the Magistrate Judge for an inquest with respect to the nature of the judgment to be entered.

    Per the plaintiff's request, ECF No. 30, the case against the defendant Harry Singh is **dismissed without prejudice.**

SO ORDERED.
Dated:    New York, New York
          April 7, 2022

                          John G. Koeltl
                United States District Judge