# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**  Tel: 718-740-1000
Email: abdul@abdulhassan.com  Fax: 718-740-2000
*Employment and Labor Lawyer*  Web: www.abdulhassan.com

June 18, 2022

**Via ECF**

Hon. Stewart D. Aaron, USMJ
United States District Court, SDNY
500 Pearl Street,
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/19/2022
```

<u>Re: Muhammad Arshad v. 2090 Gas Corp. et al.</u>
Case No.  21-CV-02654 (JGK)(SDA)
Motion for Extension of Time, etc.

Dear Magistrate-Judge Aaron:

My firm represents plaintiff in the above-referenced action, and I respectfully write to request a one-week extension of the June 18, 2022 and July 2, 2022 deadlines set forth in the Court's April 15, 2022 order. This request is being made because some additional time is needed to confer with Plaintiff as to the way forward. One prior request for an extension of these deadlines was made and granted.

We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

  /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

Request GRANTED. No later than 6/24/2022, Plaintiff shall serve by mail copies of this Order and the Court's 4/15/2022 Order upon Defendant 2090 Gas Corp. and file proof of service to the docket. SO ORDERED.
Dated: 6/19/2022

1